U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

# F I L E D

April 27, 2009

Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*Trish M Brown*

**U.S. Bankruptcy Judge**

OD2 (5/4/04) dda

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
 **Elizabeth Hall,** xxx–xx–2497
Debtor(s)

Case No. **09–31694–tmb13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

  **The debtor(s) failed to complete §341(a) meeting of creditors.**

**IT IS ORDERED** that:

1. This case is dismissed; the estate closed; this case is closed only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding(s) pending at the time of closure.

2. Within 15 days of the "FILED" date of this order, any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) shall file a final report and account; and upon filing the trustee shall, without further court order, be discharged and relieved of his trust, the trustee's bond cancelled, and the surety or sureties thereon released from further liability thereunder except for any liability accruing during the time such bond was in effect.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE AND SHOULD HEREAFTER PAY ALL NET WAGES EARNED BY THE DEBTOR DIRECTLY TO THE DEBTOR.**

###

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: doria                 Page 1 of 1                  Date Rcvd: Apr 27, 2009
Case: 09-31694                Form ID: OD2                Total Served: 11

The following entities were served by first class mail on Apr 29, 2009.
db          +Elizabeth Hall,   12585 SW Bull Mt Rd,   Tigard, OR 97224-1728
smg         +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
              Salem, OR 97309-5013
smg         +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg         +US Attorney General,   Department of Justice,   10th & Constitution NW,
              Washington, DC 20530-0001
98162527     Commercial Resolutions, LLC,   c/o Mark B. Comstock, Attorney at Law,   PO Box 749,
              Salem OR   97308-0749
98125321    +National City Mortgage,   3232 Neumark Dr,   Miamisburg OH 45342-5433
98148546    +National City Mortgage Co.,   4375 Jutland Dr Ste 200,   POB 17933,   San Diego CA 92117-3600
98157062    +Wells Fargo Financial Oregon Inc,   4137 121st Street,   Urbandale IA 50323-2310
The following entities were served by electronic transmission on Apr 28, 2009.
smg         +EDI: ORREV.COM Apr 27 2009 22:13:00      ODR Bkcy,   955 Center NE #353,   Salem, OR 97301-2553
cr          +EDI: RECOVERYCORP.COM Apr 27 2009 22:13:00      Recovery Management Systems Corporation,
              25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
98192139     EDI: RECOVERYCORP.COM Apr 27 2009 22:13:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
98157062    +EDI: WFFC.COM Apr 27 2009 22:13:00      Wells Fargo Financial Oregon Inc,   4137 121st Street,
              Urbandale IA 50323-2310
                                                                                             TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
98148549*   +National City Mortgage Co,   4375 Jutland Drive, Suite 200,   P.O. Box 17933,
              San Diego, CA 92117-3600
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2009**              **Signature:**    *Joseph Speetjens*